AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE   SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

THE PREMISES COMMONLY KNOWN AS
2727 ELROSE DRIVE, SAN DIEGO,
CALIFORNIA

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 1563

TO: ANY FBI AGENT _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by   FBI SA TERRY C. REED, JR.   who has reason to
                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the  SOUTHERN  District of  CALIFORNIA  there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  5/26/08
                                                      Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to THE UNDERSIGNED
as required by law.
                                                                    U.S. Judge or Magistrate

5/16/08 @ 4:05 pm                              at  SAN DIEGO, CALIFORNIA
Date and Time Issued                                City and State
CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE
Name                                                Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 05/16/2008 | DATE AND TIME WARRANT EXECUTED 05/16/2008 at 6:30pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Ivonne Gallegos |
| INVENTORY MADE IN THE PRESENCE OF Ivonne Gallegos /SA Andrew Black |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||
| — See Attachments (FD-597). |||

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_Terry C. Reed, Jr._

Subcribed, sworn to, and returned before me this date.

_[signature]_                                     5/19/08

U.S. Judge or Magistrate                         Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58A-SD-70212

On (date) 05/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Luis Francisco Alarid

(Street Address) 2727 Elrose Drive

(City) San Diego, CA

Room A #1: Master bedroom

Description of Item(s):

1. Money from Safe — $30,125
2. Money box in Safe — $2,400
3. Money from Jewelry Chest — $7,000
4. Money from Dresser — $110,100
5. Money from Envelope #1 in Box — $3,000
6. Money from Envelope #2 in Box — $5,000
7. Money from Envelope #3 in Box — $6,000

$175,625

Received By: _____ (Signature)   Received From: _____ (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58A-SD-70212

On (date) 05/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Luis Francisco Alarid

(Street Address) 2727 Elrose Drive

(City) San Diego, CA

Description of Item(s): Room A #3 Master bedroom

1) Phone Samsung Black RIWY9ZZ842H
2) Phone Motorola Black

Received By: _____(Signature)_____   Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58A-SD-70212

On (date) 05/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Luis Francisco Alarid

(Street Address) 2727 Elrose Drive

(City) San Diego, CA

Room A #2

Description of Item(s):

1) "Disney Bx" Site - 2 Paper clips, Box, 1 Bag Rubber band, post-its, 3 envelps
2) Envelp #1 w/ in side
3) Envelp #2 w/ in side
4) Envelp # 3 w/ in side
5) Passport w/ in side
6) Paper from Jewelry Box
7) Papers from 5th drawer - Divr, stub, Sale Contract - Brown chest top
8) Notebook from uniform
9) Papers - CBP Reports 5/10/05 from top Dresser Drawer Right side
10) Check book from brown chest top 5th Drawer
11) Envelup from brown chest 5th Drawer

Received By: _____ (Signature)    Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58A-SD-70212

On (date) 05/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Luis Francisco Alarid

(Street Address) 2727 Elrose Drive

(City) San Diego, CA

Room G Rear Living room

Description of Item(s):

1) Sony TV (8253770 S/N) (KVL-40X BR4) model
2) Sony Blue Ray BPD-S300 S/N: 1264531 813
3) Sony Vaio Laptop Model PCG-8112C S/N 28272 434 314 3392

Received By: _____ (Signature)     Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page _____ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __58A-SD-70212__

On (date) __05/16/2008__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) __Luis Frabcisco Alarid__

(Street Address) __2727 Elrose Drive__

(City) __San Diego, CA__

Room 5 Front family room

Description of Item(s):

① Sony 52" KDL-52XBR4
   SN 905 5455

② Sony Auura/
   SN 126 45/4-19 83

Received By: _____ (Signature)    Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __58A-SD-70212__

On (date) __05/16/2008__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Luis Francisco Alarid__

(Street Address) __2727 Elrose Drive__

(City) __San Diego, CA__

↳ SUN ROOM

Description of Item(s):

1. Paper from shredder
2. TV receipts from Best Buy, Costco, Sears, New Federal (illegible)
3. Cell phone Nextel i60
4. Receipt from Depot $1600 (illegible)

Received By: _____(Signature)_____    Received From: _____(Signature)_____

## **ATTACHMENT A**

2727 Elrose Drive, San Diego, California, is a one-story, single family residence on the south side of Elrose Drive, between Dearborn Drive to the east and Elrose Court to the west. The residence is yellow with a brown roof; part of the exterior has a brick facade. The numerals 2727 are in black, facing east, on what appears to be a gray storm drain or gutter. The numerals 2727 are also painted in black, against a white background, on the curb in front of the residence. The front door is blue-gray and faces north. A photograph of the residence is attached.



## ATTACHMENT B

1. U.S. currency over $500;

2. Assets originally priced at $500 or more and acquired since February 2008;

3. Documents, records, and other items tending to establish or hide the whereabouts of proceeds from drug trafficking, alien smuggling, and bribery, such as safes, safe deposit box contracts and keys, storage locker contracts and keys, financial records and ledgers, bank and credit card statements, wire transfer records, receipts, records listing account numbers, tax records, and real property and title documents;

4. Documents, records, and other items tending to track or account for aliens or drugs smuggled, or bribes paid or received;

5. Letters, notes, memoranda, address and phone books, papers listing names or phone numbers, electronic organizers, videos, and photographs that identify or tend to identify co-conspirators and other criminal associates;

6. Bills or other business-related documents, identification documents, correspondence, and photographs that establish or tend to show dominion and control over the premises; and

7. Cellular phones and other communication equipment used or that may have been used to contact co-conspirators and other criminal associates.